IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ADVANCED INTERVENTIONAL PAIN & DIAGNOSTICS OF WESTERN ARKANSAS, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MODERNIZING MEDICINE, INC.,<br><br>Defendant. | Case No.:  9:20-cv-82238-DMM<br><br>NOTICE OF VOLUNTARY DISMISSAL |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Advanced Interventional Pain & Diagnostics of Western Arkansas, LLC, files this Notice of Voluntary Dismissal of its claims without prejudice against Modernizing Medicine, Inc., with all parties to bear their own fees and costs. This action should be marked closed.

Dated: December 28, 2020              Respectfully submitted,

　　　　　　　　　　　　　　　　　　 /s/ Louis I. Mussman
　　　　　　　　　　　　　　　　　　Louis I. Mussman (Fla. # 597155)
　　　　　　　　　　　　　　　　　　Brian T. Ku (Fla. # 610461)
　　　　　　　　　　　　　　　　　　KU & MUSSMAN, P.A.
　　　　　　　　　　　　　　　　　　18501 Pines Blvd., Suite 209-A
　　　　　　　　　　　　　　　　　　Pembroke Pines, FL 33029
　　　　　　　　　　　　　　　　　　Tel: (305) 891-1322
　　　　　　　　　　　　　　　　　　Fax: (954) 686-3976
　　　　　　　　　　　　　　　　　　louis@kumussman.com
　　　　　　　　　　　　　　　　　　brian@kumussman.com

　　　　　　　　　　　　　　　　　　Randall K. Pulliam
　　　　　　　　　　　　　　　　　　rpulliam@cbplaw.com
　　　　　　　　　　　　　　　　　　CARNEY BATES & PULLIAM, PLLC
　　　　　　　　　　　　　　　　　　519 West 7th St.
　　　　　　　　　　　　　　　　　　Little Rock, AR 72201
　　　　　　　　　　　　　　　　　　Telephone: (501) 312-8500
　　　　　　　　　　　　　　　　　　Facsimile: (501) 312-8505

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of December, 2020, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all counsel of record.

                                             */s/ Louis I. Mussman*
                                             Louis I. Mussman