UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-82238-CV-MIDDLEBROOKS

ADVANCED INTERVENTIONAL PAIN &
DIAGNOSTICS OF WESTERN ARKANSAS, LLC,

    Plaintiff,

v.

MODERNIZING MEDICINE, INC.,

    Defendant.
_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal, filed on December 28, 2020. (DE 7). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) This case is **DISMISSED WITHOUT PREJUDICE**.

(2) The Clerk of Court shall **CLOSE THIS CASE**.

(3) All pending motions are **DENIED AS MOOT**.

(4) Each Party shall bear its own fees and costs.

**SIGNED** in Chambers at West Palm Beach, Florida, this 29th day of December, 2020.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record